IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DONOVAN KEITH HURLBURT,<br><br>Defendant. | CR 10–01–BU–DWM–4<br><br><br><br>ORDER |

Defendant Donovan Keith Hurlburt seeks appointment of counsel to pursue early termination of his supervision. (Doc. 171.) His putative motion arises out of a his severe disability following an accident. That medical condition has been confirmed by the United States Probation Office. Having considered the factors in 18 U.S.C. § 3553(a), the conduct of Defendant, and Defendant's arguments, the Court is satisfied that early termination is warranted by "the interest of justice." 18 U.S.C. § 3583(e)(1).

Accordingly, IT IS ORDERED that Defendant's supervision is terminated as

of the dated of this Order.

IT IS FURTHER ORDERED that the Clerk is directed to update the caption and record in the case to reflect the spelling of Defendant's name as stated above.

DATED this \_\_\_\_ day of June, 2021.

_____
Donald W. Molloy, District Judge
United States District Court